peal from Municipal Court, Borough of Manhattan, Seventh District. Action by Sofranski Bros. against H. C. F. Koch & Co. Judgment for plaintiff, and defendants appeal. Reversed, and new trial ordered. Myers & Goldsmith, of New York City (Emanuel J. Myers, of New York City, and Josiah Cantor, of counsel), for appellants. Max Salomon, of New York City, for respondent.

PER CURIAM. The defendants' witness, Miss Edwards, should have been permitted to testify fully as to conversations had by her with the plaintiff concerning the delivery of the goods to defendants and the sending of them to defendants, and after her memory had been exhausted as to the general conversations it was proper to call witness' attention to particular things that were said. The exclusion of this evidence was error. Judgment reversed, and a new trial ordered, with costs to appellant to abide the event.

SOLOMON, Appellant, v. BANK OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Action by Morris J. Solomon against the Bank of New York. J. Reilly, of New York City, for appellant. K. T. Frederick, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below. Order filed.

In re SORIANO. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) In the matter of the application of Joseph Soriano. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the calendar for the third Monday in June, 1914, and be ready for argument when reached; otherwise, motion granted.

SOUTHERN DUTCHESS GAS & ELECTRIC CO., Respondent, v. MURPHEY et al., Appellants. (No. 1.) (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Action by the Southern Dutchess Gas & Electric Company against Harry E. Murphey and others. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 146 N. Y. Supp. 1113.

SPAULDING, Respondent, v. BRITTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by George T. Spaulding against Willis N. Britton.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict was grossly excessive, and that while it was within the discretion of the trial court to grant a new trial, unless the plaintiff stipulated to reduce the verdict (Holmes v. Jones, 121 N. Y. 461, 467, 24 N. E. 701; Riker v. Clopton, 83 App. Div. 310, 82 N. Y. Supp. 65), the exercise of that discretion in this case failed to purge the verdict of its excessive attributes.

ROBSON and MERRELL, JJ., concur, upon the ground, also, that the complaint does not state facts sufficient to constitute a cause of action. KRUSE, P. J., dissents, and votes for affirmance.

SPAVEN, Appellant, v. M. A. TALBOT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Irving L. Spaven against the M. A. Talbot Company. No opinion. Judgment affirmed, with costs. See, also, 147 N. Y. Supp. 1143.

SPAVEN, Appellant, v. M. A. TALBOT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Irving L. Spaven against the M. A. Talbot Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 147 N. Y. Supp. 1143.

SPERO, Respondent, v. ANZALONO, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Frank Spero against Annunziata Anzalono. No opinion. Judgment affirmed, with costs.

STADLER, Respondent, v. JAMES EVERARD'S BREWERIES, Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Albert M. Stadler against James Everard's Breweries. D. M. Neuberger, of New York City, for appellant. H. A. Rubino, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 78 Misc. Rep. 407, 138 N. Y. Supp. 448.

In re STANDARD BITULITHIC CO. Appeal of CARLISLE. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) In the matter of the application of the Standard Bitulithic Company for a writ of certiorari to John N. Carlisle, as Commissioner of Highways of the State of New York. From an order John N. Carlisle appeals. No opinion. Order resettled.

STANDARD STEAM SPECIALTY CO. v. CORN EXCHANGE BANK. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by the Standard Steam Specialty Company against the Corn Exchange Bank. No opinion. Application granted. Order signed. See, also, 84 Misc. Rep. 445, 146 N. Y. Supp. 181.

In re STARR STREET IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) In the matter of the application of the City of New York relative to acquiring title, etc., for opening and extending Starr Street, etc. No opinion. Order affirmed, with $10 costs and disbursements.

STATE BANK v. JACOBOWITZ et al. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by the State Bank against Jacob Jacobowitz and others. W. T. Kohn, of New York City, for appellant. J.